USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

        - against -

Edwin Alamo,
                Defendant.
-----------------------------------------------------------x

19 Cr 640 (RMB)

**ORDER**

The conference in this matter is rescheduled from 10:00 am December 11, 2019 to 12:45 pm on December 11, 2019.

Dated: New York, New York
       December 9, 2019

_RMB_
**RICHARD M. BERMAN**
**U.S.D.J.**