# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

FAX (212) 571-5507

BENNETT M. EPSTEIN, ESQ.
SARAH M. SACKS, ESQ.

February 6, 2020

Hon. Richard M. Berman
Senior United States District Judge
Southern District of New York
US Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2020
```

via ECF

Re: United States v. Edwin Alamo
19 Cr. 640 (RMB)

Dear Judge Berman:

I write with the consent of the Government to request a two-week adjournment of the conference in this case now scheduled for February 11, 2020 at 10 am.

Although previous status conferences have been adjourned in court, this is the first such request to adjourn a scheduled conference without an appearance.

The reason for the request is that the parties are in negotiations regarding a possible disposition, and need additional time to work out the details of a written agreement.

We consent to a speedy trial waiver until the date of the re-scheduled conference, assuming such is granted. The parties are aware that Your Honor has referred a possible guilty plea to the Magistrate Judge.

Very truly yours,

Bennett M. Epstein

cc. via email to: Daniel Wolf, Esq.
    Assistant U.S. Attorney

*Conference is adjourned to 2/25/2020 at 9:30am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 2/6/2020    Richard M. Berman, U.S.D.J.