**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2020

**By Email and ECF**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edwin Alamo, Jr.*, **19 Cr. 640 (RMB)**

Dear Judge Berman:

    The Government writes to request, with the consent of defense counsel, that the Court issue an order excluding time between May 7, 2020, and May 20, 2020, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    On April 7, 2020, a status conference was scheduled for May 7, 2020.

    On May 3, 2020, defense counsel requested, via email to the Court, that the May 7 conference be adjourned to May 8, 2020, or any day the following week.  Defense counsel stated, in the same email that "[w]e consent to the exclusion of time until the adjourned date."  The Court responded vial email adjourning the May 7 conference to May 12, 2020, requesting defense counsel advise if the defendant would be waiving his appearance for the May 12 conference.  The Court did not formally issue an order adjourning the May 7 conference or rule on the defense counsel's consent to the exclusion of time.

    On May 7, 2020, defense counsel advised the Court that he had not obtained consent from the defendant to waive the defendant's appearance for the May 12 conference.  Consequently, yesterday, May 8, 2020, the Court further adjourned the May 7 conference to May 20, 2020, at 12:00 p.m. to ensure the defendant's appearance or his knowing waiver of appearance.

[Intentionally left blank]

Honorable Richard M. Berman, U.S.D.J.
May 9, 2020
Page 2 of 2

      The Government therefore requests the Court issue an order excluding time between May 7, 2020, and May 20, 2020, further to defense counsel's email request for an adjournment and consent to an exclusion of time on May 3, 2020 (as applied to the time between May 3, 2020, through May 8, 2020), and further to the request contained herein (as applied to May 9, 2020, through May 20, 2020). The Government respectfully submits that the proposed exclusion would be in the interest of justice in light of the COVID-19 pandemic and its resulting limitations on court appearances and the ability of defense counsel to meet with his client, and to allow the parties to engage in discussions regarding a potential pretrial resolution of this matter.

                                     Respectfully yours,

                                     GEOFFREY S. BERMAN
                                   United States Attorney

                         By: /s/ Daniel H. Wolf
                             Assistant United States Attorney
                             (212) 637-2337

cc:    Bennett Epstein, Esq. (via ECF and email)

---

Application granted.
Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5/12/2020   /s/ Richard M. Berman
                       Richard M. Berman, U.S.D.J.