UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

EDWIN ALAMO, JR.,
                Defendant.
------------------------------------------------------------X

19 CR. 640 (RMB)

**ORDER**

      The conference scheduled for Wednesday, June 3, 2020 at 9:00 AM will be held telephonically.

      Members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0640

Dated: June 2, 2020
       New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.