**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                              19 CR. 640 (RMB)

   -against-

                                                            **ORDER**

EDWIN ALAMO, JR.,
                Defendant.
------------------------------------------------------------X

       The sentencing previously scheduled for Wednesday, July 22, 2020 at 9:00 AM is hereby rescheduled to Monday, July 27, 2020 at 9:00 AM.

Dated: July 10, 2020
       New York, NY

                                                  _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.