**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

       -against-

EDWIN ALAMO, JR.,
                    Defendant.
--------------------------------------------------------------X

19 CR. 640 (RMB)

**ORDER**

The sentencing previously scheduled for Monday, July 27, 2020 at 9:00 AM is hereby

rescheduled to Monday, August 24, 2020 at 9:00 AM.

Dated: July 29, 2020
      New York, NY

_____
      RICHARD M. BERMAN
           U.S.D.J.