**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                     19 CR. 640 (RMB)

   -against-

                                                                                  **ORDER**

EDWIN ALAMO, JR.,
                Defendant.
-------------------------------------------------------------X

       The sentencing scheduled for Monday, August 24, 2020 at 9:00 AM will be held by video via CourtCall.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       USA Toll-Free Number: (855) 268-7844
       Access Code: 32091812#
       PIN: 9921299#

Dated: August 19, 2020
       New York, NY

                                                                             *Richard M. Berman*
                                                             _____
                                                               RICHARD M. BERMAN
                                                                       U.S.D.J.