

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2021

**By Email and ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Peal Street
New York, New York 10007

    Re:    *United States v. Edwin Alamo, Jr.*, **19 Cr. 640 (RMB)**

Dear Judge Berman:

    The Government respectfully requests, with the consent of defense counsel, for a brief, five-day adjournment of the Government's deadline to respond to the defendant's motion for compassionate release. The Government's deadline is currently April 29, 2021, at 12:00 p.m. (ECF No. 40), and a five-day adjournment would result in the Government's deadline being May 4, 2021, at 12:00 p.m.

    The Government has not made any prior application for the relief sought herein.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By:    /s/
    Daniel H. Wolf
    Assistant United States Attorney
    (212) 637-2337/2232

cc: Defense counsel of record (via ECF)

Application granted on consent.

SO ORDERED:
Date: 4/28/2021     *Richard M. Berman*
    Richard M. Berman, U.S.D.J.