UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against -

EDWIN ALAMO, JR.,
                      Defendant.
------------------------------------------------------------x

19 Cr. 640 (RMB)

**ORDER**

The Government is respectfully requested to submit under seal Mr. Alamo's BOP medical records by Tuesday, May 4, 2021 at 5:00 p.m.

Dated: New York, New York
         May 4, 2021

                                          _____
                                            **RICHARD M. BERMAN, U.S.D.J.**